JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS,<br><br>    Plaintiff,<br><br>v.<br><br>GAIL LEWIS, WARDEN, et al.,<br><br>    Defendants. | Case No. CV 12-10769 DMG(JC)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the Second Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: September 20, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE